

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00732-CV

**IN RE ESTATE OF** Shirley L. **BENSON**

Thomas Milton **BENSON**, Jr., as Trustee of the Shirley L. Benson Testamentary Trust,
Appellant

v.

Renee **BENSON**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court Nos. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the appellant's unopposed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.  Costs of appeal are taxed against the parties who incurred them.

SIGNED December 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice